# U.S. District Court
# Eastern District of Virginia – (Norfolk)
# CIVIL DOCKET FOR CASE #: 2:12–cv–00503–HCM–LRL

| | |
|---|---|
| Bluestone Innovations, LLC v. LG Electronics, Inc. et al | Date Filed: 09/11/2012 |
| Assigned to: District Judge Henry C. Morgan, Jr | Date Terminated: 04/12/2013 |
| Referred to: Magistrate Judge Lawrence R. Leonard | Jury Demand: Plaintiff |
| Member cases: | Nature of Suit: 830 Patent |
|   2:12–cv–00509–HCM–TEM | Jurisdiction: Federal Question |
|   2:12–cv–00510–HCM–DEM | |
|   2:12–cv–00532–HCM–LRL | |
|   2:12–cv–00545–HCM–LRL | |

Cause: 28:1338 Patent Infringement

**Plaintiff**

| | | |
|---|---|---|
| **Bluestone Innovations, LLC** | represented by | **Amy Sanborn Owen** |
| | | Cochran &Owen LLC |
| | | 8000 Towers Crescent Dr |
| | | Suite 160 |
| | | Vienna, VA 22182 |
| | | (703) 847–4480 |
| | | Fax: 703–847–4499 |
| | | Email: aowen@cochranowen.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Benje Allen Selan** |
| | | Cochran &Owen LLC |
| | | 8000 Towers Crescent Dr |
| | | Suite 160 |
| | | Vienna, VA 22182 |
| | | (703) 847–4480 |
| | | Email: bselan@cochranowen.com |
| | | *TERMINATED: 02/14/2013* |
| | | |
| | | **David Joseph Mahalek** |
| | | Niro Haller &Niro |
| | | 181 W Madison St |
| | | Suite 4600 |
| | | Chicago, IL 60602 |
| | | **NA** |
| | | (312) 236–0733 |
| | | Fax: (312) 236–3137 |
| | | Email: mahalek@nshn.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Dean Douglas Niro** |
| | | Niro Haller &Niro |
| | | 181 W Madison St |
| | | Suite 4600 |
| | | Chicago, IL 60602 |

**NA**
(312) 236–0733
Fax: (312) 236–3137
Email: dniro@nshn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Dean Holzheimer , Jr.**
Cochran &Owen LLC
8000 Towers Crescent Dr
Suite 160
Vienna, VA 22182
(703) 847–4480
Email: rholzheimer@cochranowen.com
*ATTORNEY TO BE NOTICED*

**Robert Allen Conley**
Niro Haller &Niro
181 West Madison St
Suite 4600
Chicago, IL 60602
**NA**
(312) 377–3278
Fax: (312) 236–3137
Email: rconley@nshn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

LG Electronics, Inc. represented by **Robert John Kenney**
Birch Stewart Kolasch &Birch LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040–0747
(703) 205–8000
Email: rjk@bskb.com
*LEAD ATTORNEY*

**Ashish Nagdev**
Sidley Austin
1001 Page Mill Road Building 1
Palo Alto, CA 94304
**NA**
(650)565–7000
Fax: (650) 565–7100
Email: anagdev@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Marion**
Birch Stewart Kolasch &Birch LLP
8110 Gatehouse Rd
Suite 100E
Falls Church, VA 22042

703−205−8000
Fax: 703−205−8050
Email: mbm@bskb.com
*ATTORNEY TO BE NOTICED*

**Peter Kang**
Sidley Austin
1001 Page Mill Road Building 1
Palo Alto, CA 94304
\*\*NA\*\*
(650) 565−7000
Fax: (650) 565−7100
Email: pkang@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip Woo**
Sidley Austin
555 California Street
Suite 2000
San Francisco, CA 94104
\*\*NA\*\*
(415) 772−1200
Fax: (415) 772−7400
Email: pwoo@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Electronics U.S.A., Inc.**              represented by  **Robert John Kenney**
(See above for address)
*LEAD ATTORNEY*

**Ashish Nagdev**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Kang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip Woo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

| | | |
|---|---|---|
| **ESInternational Enterprises, Inc.** <br> *TERMINATED: 11/28/2012* <br> *also known as* <br> ESI Enterprises, Inc. <br> *TERMINATED: 11/28/2012* <br> *doing business as* <br> Viore <br> *TERMINATED: 11/28/2012* <br> *doing business as* <br> iSymphony <br> *TERMINATED: 11/28/2012* | represented by | **Carl Dewayne Lonas** <br> Moran Reeves &Conn PC <br> 100 Shockoe Slip <br> 4th Floor <br> Richmond, VA 23219 <br> (804) 421−6250 <br> Fax: 804−421−6251 <br> Email: dlonas@mrcpclaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Consolidated Defendant**

| | | |
|---|---|---|
| **Acer, Inc.** | represented by | **Bernard Joseph DiMuro** <br> DiMuro Ginsberg PC <br> 1101 King Street <br> Suite 610 <br> Alexandria, VA 22314−2956 <br> (703) 684−4333 <br> Fax: 703−548−3181 <br> Email: bdimuro@dimuro.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Hsiang Hong Lin** <br> Freitas Tseng &Kaufman LLP <br> 100 Marine Parkway <br> Suite 200 <br> Redwood City, CA 94065 <br> \*\*NA\*\* <br> (650) 593−6300 <br> Fax: (650) 593−6301 <br> Email: jlin@ftklaw.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **James Lin** <br> Freitas Tseng &Kaufman LLP <br> 100 Marine Parkway <br> Suite 200 <br> Redwood City, CA 94065 <br> \*\*NA\*\* <br> (650) 593−6300 <br> Fax: (650) 593−6301 <br> Email: jlin@ftklaw.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Kaiwen Tseng** <br> Freitas Tseng &Kaufman LLP <br> 100 Marine Parkway <br> Suite 200 <br> Redwood City, CA 94065 <br> \*\*NA\*\* |

(650) 593–6300  
Fax: (650) 593–6301  
Email: tseng@ftklaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Acer America Corporation**      represented by      **Bernard Joseph DiMuro**

(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Hsiang Hong Lin**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**James Lin**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Kaiwen Tseng**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**VIZIO, Inc.**      represented by      **Adrian Mary Pruetz**

Glaser Weil Fink Jacobs Howard Avchen &Shapiro LLP  
10250 Constellation Blvd.  
19th Floor  
Los Angeles, CA 90067  
\*\*NA\*\*  
(310) 553–3000  
Fax: (310) 785–3550  
Email: apruetz@glaserweil.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Avraham Schwartz**  
Glaser Weil Fink Jacobs Howard Avchen &Shapiro LLP  
10250 Constellation Blvd.  
19th Floor  
Los Angeles, CA 90067  
\*\*NA\*\*  
(310) 553–3000  
Fax: (310) 785–3527  
Email: aschwartz@glaserweil.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Charles Christian Koole**
Glaser Weil Fink Jacobs Howard Avchen &Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
**NA**
(310) 553–3000
Fax: (310) 785–3506
Email: ckoole@glaserweil.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack Rephan**
Pender &Coward PC
222 Central Park Ave
Suite 400
Virginia Beach, VA 23462
757–490–3000
Fax: 757–456–2935
Email: jrephan@pendercoward.com
*ATTORNEY TO BE NOTICED*

**Steven Richard Hansen**
Lee Tran &Liang APLC
601 South Figueroa Street
Suite 4025
Los Angeles, CA 90017
**NA**
(213)612–3737
Fax: (213) 612–3773
Email: steven.hansen@ltlattorneys.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

Best Buy Co., Inc.    represented by    **Bryan James Mechell**
Robins, Kaplan, Miller &Ciresi, LLP
800 LaSalle Ave
2800 LaSalle Plaza
Minneapolis, MN 55402–2015
**NA**
(612) 349–8500
Fax: (612) 339–4181
Email: BJMechell@rkmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Kenneth Larus**
Robins, Kaplan, Miller &Ciresi, LLP
800 LaSalle Ave
2800 LaSalle Plaza
Minneapolis, MN 55402–2015

\*\*NA\*\*  
(612) 349–8500  
Fax: (612) 339–4181  
Email: CKLarus@rkmc.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ethan G. Ostroff**  
Troutman Sanders LLP  
P. O. Box 61185  
222 Central Park Ave  
Suite 2000  
Virginia Beach, VA 23462  
(757) 687–7541  
Fax: (757) 687–1541  
Email: ethan.ostroff@troutmansanders.com  
*ATTORNEY TO BE NOTICED*

**Robert Armistead Angle**  
Troutman Sanders LLP  
Troutman Sanders Bldg  
1001 Haxall Point  
PO Box 1122  
Richmond, VA 23219  
(804) 697–1246  
Email: robert.angle@troutmansanders.com  
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Best Buy Stores, L.P.** represented by **Robert Armistead Angle**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Bryan James Mechell**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Christopher Kenneth Larus**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ethan G. Ostroff**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**BestBuy.com, LLC** represented by **Robert Armistead Angle**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Bryan James Mechell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Kenneth Larus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ethan G. Ostroff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Bluestone Innovations, LLC**      represented by    **Amy Sanborn Owen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benje Allen Selan**
(See above for address)
*TERMINATED: 02/14/2013*

**Richard Dean Holzheimer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2012 | Ï 1 | COMPLAINT against LG Electronics U.S.A., Inc., LG Electronics, Inc. ( Filing fee $ 350, receipt number 14683031044), filed by Bluestone Innovations, LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet, # 3 Receipt)(jcow, ) (Entered: 09/12/2012) |
| 09/11/2012 | Ï 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Bluestone Innovations, LLC. (jcow, ) (Entered: 09/12/2012) |
| 09/12/2012 | Ï 3 | Report on the filing of an action regarding patent 6,163,557. (jcow, ) (Entered: 09/12/2012) |
| 09/17/2012 | Ï 4 | Motion to appear Pro Hac Vice by Dean D. Niro and Certification of Local Counsel Amy S. Owen Filing fee $ 75, receipt number 0422–3205266. by Bluestone Innovations, LLC. (Owen, Amy) (Entered: 09/17/2012) |
| 09/17/2012 | Ï 5 | Motion to appear Pro Hac Vice by David J. Mahalek and Certification of Local Counsel Amy S. Owen Filing fee $ 75, receipt number 0422–3205275. by Bluestone Innovations, LLC. (Owen, Amy) (Entered: 09/17/2012) |
| 09/17/2012 | Ï 6 | Motion to appear Pro Hac Vice by Robert A. Conley and Certification of Local Counsel Amy S. Owen Filing fee $ 75, receipt number 0422–3205283. by Bluestone Innovations, LLC. (Owen, Amy) (Entered: 09/17/2012) |
| 09/25/2012 | Ï | Case Reassigned to District Judge Henry C. Morgan, Jr. District Judge Mark S. Davis no longer assigned to the case. (arou) (Entered: 09/25/2012) |
| 09/25/2012 | Ï 7 | |

| | | |
|---|---|---|
| | | Summonses with one copy each issued as to LG Electronics U.S.A., Inc., LG Electronics, Inc., magistrate judge notice with judge's instructions mailed to plaintiff's counsel for service. (Attachments: #1 Supplement)(jcow, ) (Entered: 09/25/2012) |
| 10/02/2012 | Ï 8 | ORDER granting 5 Motion for Pro hac vice, Appointed David Joseph Mahalek for Bluestone Innovations, LLC. Signed by District Judge Henry C. Morgan, Jr. and filed on 10/2/12. (jcow, ) (Entered: 10/02/2012) |
| 10/02/2012 | Ï 9 | ORDER granting 4 Motion for Pro hac vice, Appointed Dean Douglas Niro for Bluestone Innovations, LLC. Signed by District Judge Henry C. Morgan, Jr. and filed on 10/2/12. (jcow, ) (Entered: 10/02/2012) |
| 10/02/2012 | Ï 10 | ORDER granting 6 Motion for Pro hac vice, Appointed Robert Allen Conley for Bluestone Innovations, LLC. Signed by District Judge Henry C. Morgan, Jr. and filed on 10/2/12. (jcow, ) (Entered: 10/02/2012) |
| 10/02/2012 | Ï 11 | ORDER – Pursuant to Federal Rule of Civil Procedure 42(a), the Court hereby consolidates the above−captioned cases with Civil Action No. 2:12cv503 as they involve similar allegations and common questions of law and fact. The Clerk of Court is hereby ORDERED to consolidate case numbers 1:12cvl011, 2:12cv532, 2:12cv510, 2:12cv509, with Civil Action No. 2:12cv503 as the lead case for the purpose of all pretrial proceedings. Additionally, it being in the interests of justice and judicial efficiency, it is ORDERED that case number l:12cvl011 be transferred to the Norfolk Division, assigned a Norfolk Division case number, and kept consolidated with 2:12cv503. The case will be captioned to incorporate necessary parties from the member cases. Signed by District Judge Henry C. Morgan, Jr. and filed on 10/2/12. (jcow, ) (Entered: 10/02/2012) |
| 10/03/2012 | Ï | Case reassigned to Magistrate Judge Lawrence R. Leonard. Magistrate Judge F. Bradford Stillman no longer assigned to the case. (jcow, ) (Entered: 10/03/2012) |
| 10/09/2012 | Ï 12 | SUMMONS Returned Executed, LG Electronics U.S.A., Inc. served on 10/2/2012 (jcow, ) (Entered: 10/09/2012) |
| 10/09/2012 | Ï 13 | SUMMONS Returned Executed, ESInternational Enterprises, Inc. served on 9/27/2012, answer due 10/18/2012 (jcow, ) (Entered: 10/10/2012) |
| 10/15/2012 | Ï 14 | AFFIDAVIT of Service for complaint, served on Vizio, Inc. on 9/26/12. (jcow, ) (Entered: 10/16/2012) |
| 10/16/2012 | Ï 15 | WAIVER OF SERVICE Returned Executed, Acer Inc. waiver sent on 9/26/2012, answer due 12/26/2012; Acer America Corporation waiver sent on 9/26/2012, answer due 11/26/2012. (jcow, ) Modified on 10/23/2012 to correct answer date for Acer Inc. (jcow, ). (Entered: 10/16/2012) |
| 10/19/2012 | Ï 16 | ANSWER to Complaint *filed Against Best Buy Defendants (Consolidated Matter No. 2:12cv545)* by Best Buy Stores, L.P., BestBuy.com, LLC, Bluestone Innovations, LLC.(Angle, Robert) (Entered: 10/19/2012) |
| 10/22/2012 | Ï 17 | NOTICE of Appearance by Robert John Kenney on behalf of LG Electronics U.S.A., Inc., LG Electronics, Inc. (Kenney, Robert) (Entered: 10/22/2012) |
| 10/22/2012 | Ï 18 | MOTION for Extension of Time to File Answer re 1 Complaint *Unopposed Motion for Extension of Time to File Answer* by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Attachments: #1 Proposed Order)(Kenney, Robert) Modified on 10/23/2012 (jcow, ). (Entered: 10/22/2012) |
| 10/22/2012 | Ï 19 | NOTICE of Appearance by Michael Benjamin Marion on behalf of LG Electronics U.S.A., Inc., LG Electronics, Inc. (Marion, Michael) (Entered: 10/22/2012) |
| 10/22/2012 | Ï 20 | |

| | | |
|---|---|---|
| | | Financial Interest Disclosure Statement (Local Rule 7.1) by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Kenney, Robert) (Entered: 10/22/2012) |
| 10/23/2012 | 21 | ORDER granting Motion for Extension of Time to Answer; Acer America Corporation answer due 12/26/2012. ORDERED that all defenses available under Rule 12 of the Federal Rules of Civil Procedure are preserved to both Acer and Acer America except for claims of insufficient process or insufficient service of process pursuant to Rule 12(b)(4) and (5); and it is further ORDERED that the Clerk of Court will correct the entry at Docket No. 15 to indicate thatresponsive pleadings by Acer, Inc. are due 90 (not 60) days after September 26, 2012. Signed by Magistrate Judge Lawrence R. Leonard on 10/22/12 and filed on 10/23/12. (jcow, ) Modified on 10/23/2012 to remove motion link (jcow, ). (Entered: 10/23/2012) |
| 10/23/2012 | 22 | NOTICE of Appearance by Bernard Joseph DiMuro on behalf of Acer America Corporation, Acer, Inc. (DiMuro, Bernard) (Entered: 10/23/2012) |
| 10/23/2012 | 23 | Motion to appear Pro Hac Vice by Kaiwen Tseng and Certification of Local Counsel Bernard J. DiMuro Filing fee $ 75, receipt number 0422–3258387. by Acer America Corporation, Acer, Inc.. (DiMuro, Bernard) (Entered: 10/23/2012) |
| 10/23/2012 | 24 | Motion to appear Pro Hac Vice by James Lin and Certifcation of Local Counsel Bernard J. DiMuro Filing fee $ 75, receipt number 0422–3258452. by Acer America Corporation, Acer, Inc.. (DiMuro, Bernard) (Entered: 10/23/2012) |
| 10/24/2012 | 25 | NOTICE of Appearance by Jack Rephan on behalf of VIZIO, Inc. Associated Cases: 2:12–cv–00503–HCM–LRL, 2:12–cv–00532–HCM–LRL(Rephan, Jack) (Entered: 10/24/2012) |
| 10/24/2012 | 26 | MOTION for Extension of Time to File Answer by VIZIO, Inc.. Associated Cases: 2:12–cv–00503–HCM–LRL, 2:12–cv–00532–HCM–LRL(Rephan, Jack) (Entered: 10/24/2012) |
| 10/24/2012 | 27 | Memorandum in Support re (16 in 2:12–cv–00532–HCM–LRL) MOTION for Extension of Time to File Answer filed by VIZIO, Inc.. Associated Cases: 2:12–cv–00503–HCM–LRL, 2:12–cv–00532–HCM–LRL(Rephan, Jack) (Entered: 10/24/2012) |
| 10/24/2012 |  | Notice of Correction re 24 Motion to appear Pro Hac Vice by James Lin and Certification of Local Counsel Bernard J. DiMuro Filing fee $ 75, receipt number 0422–3258452. The applicant and filing user are requested to refile this application. The name on the application does not match the bar identification number with the California State Bar. We are unable to process the current application. If the applicant and filing user wish to refile an application with the proper name, they may do so. If another application is filed, the filing user is requested to NOT pay the fee again. The filing user may indicate YES for US FILER and skip the payment process. (jcow, ) (Entered: 10/24/2012) |
| 10/24/2012 | 28 | Motion to appear Pro Hac Vice by Hsiang Hong Lin and Certification of Local Counsel Bernard J. DiMuro by Acer America Corporation, Acer, Inc.. (DiMuro, Bernard) (Entered: 10/24/2012) |
| 10/25/2012 |  | Notice of Correction re 26 MOTION for Extension of Time to File Answer, 27 Memorandum in Support; A financial disclosure statement was not filed with the partys first appearance as required by Local Rule 7.1. The party is allowed seven (7) days to correct the deficiency and file the financial disclosure statement. Failure to file the financial disclosure statement within this period of time will subject [document numbers 26 and 27] to being stricken from the record. (jcow, ) (Entered: 10/25/2012) |
| 10/25/2012 | 29 | ORDER granting 18 Motion for Extension of Time to Answer; ORDERED that Defendants LG Electronics, Inc., and LG Electronics U.S.A., Inc., shallfile its answer and any other responsive pleadings on or before January 22, 2013. Signed by Magistrate Judge Lawrence R. Leonard on 10/24/12 and filed on 10/25/12. (jcow, ) (Entered: 10/25/2012) |

| 10/25/2012 | 30 | Financial Interest Disclosure Statement (Local Rule 7.1) by Acer America Corporation, Acer, Inc.. (DiMuro, Bernard) (Entered: 10/25/2012) |
|---|---|---|
| 10/26/2012 | 31 | MOTION for Extension of Time to File Answer by ESInternational Enterprises, Inc.. (Attachments: # 1 Proposed Order)(Lonas, Carl) (Entered: 10/26/2012) |
| 10/26/2012 | 32 | NOTICE of Appearance by Carl Dewayne Lonas on behalf of ESInternational Enterprises, Inc. (Lonas, Carl) (Entered: 10/26/2012) |
| 10/26/2012 | 33 | Financial Interest Disclosure Statement (Local Rule 7.1) by ESInternational Enterprises, Inc.. (Lonas, Carl) (Entered: 10/26/2012) |
| 10/30/2012 | 34 | ORDER granting 24 Motion for Pro hac vice, Appointed James Lin for Acer America Corporation and for Acer, Inc.. Signed by District Judge Henry C. Morgan, Jr. and filed on 10/30/12. (jcow, ) (Entered: 10/30/2012) |
| 10/30/2012 | 35 | ORDER granting 23 Motion for Pro hac vice, Appointed Kaiwen Tseng for Acer America Corporation and for Acer, Inc.. Signed by District Judge Henry C. Morgan, Jr. and filed on 10/30/12. (jcow, ) (Entered: 10/30/2012) |
| 10/30/2012 | 36 | ORDER granting 28 Motion for Pro hac vice, Appointed Hsiang Hong Lin for Acer America Corporation and for Acer, Inc.. Signed by District Judge Henry C. Morgan, Jr. and filed on 10/30/12. (jcow, ) (Entered: 10/30/2012) |
| 10/30/2012 | 37 | Motion to appear Pro Hac Vice by Christopher K. Larus and Certification of Local Counsel Robert A. Angle Filing fee $ 75, receipt number 0422–3266112. by Best Buy Co., Inc., Best Buy Stores, L.P., BestBuy.com, LLC. Associated Cases: 2:12–cv–00503–HCM–LRL, 2:12–cv–00545–HCM–LRL(Angle, Robert) (Entered: 10/30/2012) |
| 10/30/2012 | 38 | Motion to appear Pro Hac Vice by Bryan J. Mechell and Certification of Local Counsel Robert A. Angle Filing fee $ 75, receipt number 0422–3266122. by Best Buy Co., Inc., Best Buy Stores, L.P., BestBuy.com, LLC. Associated Cases: 2:12–cv–00503–HCM–LRL, 2:12–cv–00545–HCM–LRL(Angle, Robert) (Entered: 10/30/2012) |
| 11/02/2012 |  | NOTICE OF CORRECTION: Counsel for Vizio, Inc. incorrectly filed a financial disclosure statement in member case 2:12cv532. All filing is to be docketed in the lead case, 2:12cv503. Counsel should file the financial disclosure in 2:12cv503 immediately. Also, at the screen prompt regarding spreading text, counsel should select "NO" to avoid filing in the member case.(mwin, ) (Entered: 11/02/2012) |
| 11/02/2012 | 39 | Financial Interest Disclosure Statement (Local Rule 7.1) by VIZIO, Inc.. (Rephan, Jack) (Entered: 11/02/2012) |
| 11/06/2012 | 40 | Request for Hearing re (26 in 2:12–cv–00503–HCM–LRL, 16 in 2:12–cv–00532–HCM–LRL) MOTION for Extension of Time to File Answer, (17 in 2:12–cv–00532–HCM–LRL, 27 in 2:12–cv–00503–HCM–LRL) Memorandum in Support by VIZIO, Inc.. Associated Cases: 2:12–cv–00503–HCM–LRL, 2:12–cv–00532–HCM–LRL(Rephan, Jack) Modified on 11/6/2012 to correct title of document (jcow, ). (Entered: 11/06/2012) |
| 11/07/2012 | 41 | MOTION for Extension of Time to File Answer by ESInternational Enterprises, Inc.. (Attachments: # 1 Proposed Order)(Lonas, Carl) (Entered: 11/07/2012) |
| 11/07/2012 |  | Notice of Correction re 41 MOTION for Extension of Time to File Answer: The document does not include a signature for the certificate of service. Counsel is requested to file a fully captioned certificate of service document, including ECF signatures and certificate of service. (mwin, ) (Entered: 11/07/2012) |
| 11/07/2012 | 42 |  |

| | | |
|---|---|---|
| | | CERTIFICATE of Service re 41 MOTION for Extension of Time to File Answer by Carl Dewayne Lonas on behalf of ESInternational Enterprises, Inc. (Lonas, Carl) (Entered: 11/07/2012) |
| 11/08/2012 | 43 | Memorandum in Support re 41 MOTION for Extension of Time to File Answer filed by ESInternational Enterprises, Inc.. (Lonas, Carl) (Entered: 11/08/2012) |
| 11/08/2012 | 44 | MOTION to Withdraw 31 MOTION for Extension of Time to File Answer by ESInternational Enterprises, Inc.. (Attachments: # 1 Proposed Order)(Lonas, Carl) (Entered: 11/08/2012) |
| 11/08/2012 | 45 | Memorandum in Support re 44 MOTION to Withdraw 31 MOTION for Extension of Time to File Answer filed by ESInternational Enterprises, Inc.. (Lonas, Carl) (Entered: 11/08/2012) |
| 11/08/2012 | 46 | ORDER granting 37 Motion for Christopher Kenneth Larus to appear Pro Hac Vice for Best Buy Co., Inc., Best Buy Stores, L.P., Best Buy.com, LLC. Signed by District Judge Henry C. Morgan, Jr on 11/7/2012 and filed 11/8/2012. (rsim, ) Modified on 11/9/2012 to correct filing date (rsim, ). (Entered: 11/09/2012) |
| 11/08/2012 | 47 | ORDER granting 38 Motion for Bryan James Mechell to appear Pro Hac Vice for Best Buy Co., Inc., Best Buy Stores, L.P., Best Buy.com, LLC. Signed by District Judge Henry C. Morgan, Jr on 11/7/2012 and filed on 11/8/2012. (rsim, ) Modified on 11/9/2012 to correct filing date (rsim, ). (Entered: 11/09/2012) |
| 11/09/2012 | | Notice of Correction re 44 MOTION to Withdraw 31 MOTION for Extension of Time to File Answer: The clerk will edit the entry to reflect the filing as a Withdrawal of Motion. (The event "Withdrawal of Motion" is located in the "Notices" menu.) The clerk will terminate 31 motion for extension. (mwin, ) (Entered: 11/09/2012) |
| 11/09/2012 | | MOTION REFERRED to Magistrate Judge Lawrence R. Leonard: 26 MOTION for Extension of Time to File Answer, filed by Vizio, Inc. (mwin, ) (Entered: 11/09/2012) |
| 11/09/2012 | 48 | ORDER granting ESInternational Enterprises, Inc.'s 41 Motion for Extension of Time; directing defendant ESInternational Enterprises, Inc. to file its responsive pleadings by 11/21/12. Signed by Magistrate Judge Lawrence R. Leonard and filed on 11/9/12. (mwin, ) (Entered: 11/09/2012) |
| 11/14/2012 | 49 | ORDER granting 26 Motion for Extension of Time to Answer VIZIO, Inc.; the date by which Defendant, Vizio, Inc., shall its Answer or otherwise respond to the Complaint is extended to November 17, 2012. Signed by Magistrate Judge Lawrence R. Leonard and filed on 11/14/2012. (rsim, ) (Entered: 11/14/2012) |
| 11/16/2012 | 50 | ANSWER to 1 Complaint by VIZIO, Inc..(Rephan, Jack) (Entered: 11/16/2012) |
| 11/16/2012 | 51 | Motion to appear Pro Hac Vice by Adrian Mary Pruetz and Certification of Local Counsel Jack Rephan Filing fee $ 75, receipt number 0422−3290037. by VIZIO, Inc.. (Attachments: # 1 Exhibit Exhibit A)(Rephan, Jack) (Entered: 11/16/2012) |
| 11/16/2012 | 52 | Motion to appear Pro Hac Vice by Avraham Schwartz and Certification of Local Counsel Jack Rephan Filing fee $ 75, receipt number 0422−3290107. by VIZIO, Inc.. (Attachments: # 1 Exhibit A)(Rephan, Jack) (Entered: 11/16/2012) |
| 11/16/2012 | 53 | Motion to appear Pro Hac Vice by Charles Christian Koole and Certification of Local Counsel Jack Rephan Filing fee $ 75, receipt number 0422−3290131. by VIZIO, Inc.. (Attachments: # 1 Exhibit A)(Rephan, Jack) (Entered: 11/16/2012) |
| 11/16/2012 | 54 | Motion to appear Pro Hac Vice by Steven Richard Hansen and Certification of Local Counsel Jack Rephan Filing fee $ 75, receipt number 0422−3290154. by VIZIO, Inc.. (Attachments: # 1 Exhibit A)(Rephan, Jack) (Entered: 11/16/2012) |

| | | |
|---|---|---|
| 11/20/2012 | 55 | ORDER granting 54 Motion for Pro hac vice, Appointed Steven Richard Hansen for VIZIO, Inc.. Signed by District Judge Henry C. Morgan, Jr. on 11/19/12 and filed on 11/20/12. (jcow, ) (Entered: 11/20/2012) |
| 11/20/2012 | 56 | ORDER granting 53 Motion for Pro hac vice, Appointed Charles Christian Koole for VIZIO, Inc.. Signed by District Judge Henry C. Morgan, Jr. on 11/19/12 and filed on 11/20/12. (jcow, ) (Entered: 11/20/2012) |
| 11/20/2012 | 57 | ORDER granting 51 Motion for Pro hac vice, Appointed Adrian Mary Pruetz for VIZIO, Inc.. Signed by District Judge Henry C. Morgan, Jr. on 11/19/12 and filed on 11/20/12. (jcow, ) (Entered: 11/20/2012) |
| 11/20/2012 | 58 | ORDER granting 52 Motion for Pro hac vice, Appointed Avraham Schwartz for VIZIO, Inc.. Signed by District Judge Henry C. Morgan, Jr. on 11/19/12 and filed on 11/20/12. (jcow, ) (Entered: 11/20/2012) |
| 11/20/2012 | 59 | Third MOTION for Extension of Time to File Answer by ESInternational Enterprises, Inc.. (Lonas, Carl) (Entered: 11/20/2012) |
| 11/20/2012 | 60 | Memorandum in Support re 59 Third MOTION for Extension of Time to File Answer filed by ESInternational Enterprises, Inc.. (Lonas, Carl) (Entered: 11/20/2012) |
| 11/20/2012 | 61 | Memorandum in Support re 59 Third MOTION for Extension of Time to File Answer filed by ESInternational Enterprises, Inc.. (Attachments: # 1 Proposed Order)(Lonas, Carl) (Entered: 11/20/2012) |
| 11/21/2012 | 62 | ORDER granting (59) Motion for Extension of Time to Answer re (59 in 2:12-cv-00503-HCM-LRL) Third MOTION for Extension of Time to File Answer ESInternational Enterprises, Inc. Answer due 12/5/2012 in case 2:12-cv-00509-HCM-LRL. Signed by Magistrate Judge Lawrence R. Leonard on November 21, 2012. Associated Cases: 2:12-cv-00503-HCM-LRL, 2:12-cv-00509-HCM-TEM, 2:12-cv-00510-HCM-DEM, 2:12-cv-00532-HCM-LRL, 2:12-cv-00545-HCM-LRL(Leonard, Lawrence) (Entered: 11/21/2012) |
| 11/28/2012 | 63 | NOTICE of Voluntary Dismissal *as to ESInternational Enterprises, Inc.* by Bluestone Innovations, LLC (Selan, Benje) (Entered: 11/28/2012) |
| 12/21/2012 | 64 | ANSWER to 1 Complaint by Acer America Corporation, Acer, Inc..(DiMuro, Bernard) (Entered: 12/21/2012) |
| 12/28/2012 | 65 | Motion to appear Pro Hac Vice by Ash Nagdev and Certification of Local Counsel Robert J. Kenney Filing fee $ 75, receipt number 0422-3337760. by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Attachments: # 1 Pro hac vice application, # 2 Proposed Order)(Kenney, Robert) (Entered: 12/28/2012) |
| 12/28/2012 | 66 | Motion to appear Pro Hac Vice by Peter Kang and Certification of Local Counsel Robert J. Kenney Filing fee $ 75, receipt number 0422-3337796. by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Attachments: # 1 Pro hac vice application, # 2 Proposed Order)(Kenney, Robert) (Entered: 12/28/2012) |
| 12/28/2012 | 67 | Motion to appear Pro Hac Vice by Philip Woo and Certification of Local Counsel Robert J. Kenney Filing fee $ 75, receipt number 0422-3337803. by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Attachments: # 1 Pro hac vice motion, # 2 Proposed Order)(Kenney, Robert) (Entered: 12/28/2012) |
| 01/04/2013 | 68 | ORDER GRANTING 65 Motion for Ashish Nagdev to appear Pro hac vice on behalf of LG Electronics U.S.A., Inc., LG Electronics, Inc. Entered 1/3/13 and filed 1/4/13. (Signed by District Judge Henry C. Morgan, Jr. on 1/3/13). (ecav) (Entered: 01/04/2013) |

| | | |
|---|---|---|
| 01/04/2013 | 69 | ORDER GRANTING 66 Motion for Peter Kang to appear Pro hac vice on behalf of LG Electronics U.S.A., Inc., LG Electronics, Inc. Entered 1/3/13 and filed 1/4/13. (Signed by District Judge Henry C. Morgan, Jr on 1/3/13). (ecav, ) (Entered: 01/04/2013) |
| 01/04/2013 | 70 | ORDER GRANTING 67 Motion for Philip Woo to appear Pro hac vice on behalf of LG Electronics U.S.A., Inc., LG Electronics, Inc. Entered 1/3/13 and filed 1/4/13. (Signed by District Judge Henry C. Morgan, Jr on 1/3/13). (ecav, ) (Entered: 01/04/2013) |
| 01/22/2013 | 71 | ANSWER to 1 Complaint by LG Electronics U.S.A., Inc., LG Electronics, Inc..(Kenney, Robert) (Entered: 01/22/2013) |
| 01/23/2013 | 72 | NOTICE of Appearance by Ethan G. Ostroff on behalf of Best Buy Co., Inc., Best Buy Stores, L.P., BestBuy.com, LLC (Ostroff, Ethan) (Entered: 01/23/2013) |
| 01/24/2013 | 73 | MOTION to Change Venue *Pursuant to 28 USC 1404(a)* by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Attachments: # 1 Proposed Order)(Kenney, Robert) (Entered: 01/24/2013) |
| 01/24/2013 | 74 | Memorandum in Support re (73 in 2:12–cv–00503–HCM–LRL) MOTION to Change Venue *Pursuant to 28 USC 1404(a)* filed by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit AA, # 4 Exhibit B, # 5 Exhibit BB, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S, # 23 Exhibit T, # 24 Exhibit U, # 25 Exhibit V, # 26 Exhibit W, # 27 Exhibit X, # 28 Exhibit Y, # 29 Exhibit Z)Associated Cases: 2:12–cv–00503–HCM–LRL, 2:12–cv–00509–HCM–TEM, 2:12–cv–00510–HCM–DEM, 2:12–cv–00532–HCM–LRL, 2:12–cv–00545–HCM–LRL(Kenney, Robert) (Entered: 01/24/2013) |
| 01/24/2013 | 75 | Request for Hearing by LG Electronics U.S.A., Inc., LG Electronics, Inc. re 73 MOTION to Change Venue *Pursuant to 28 USC 1404(a)* (Kenney, Robert) (Entered: 01/24/2013) |
| 01/24/2013 |  | Referred for 16(b). Chambers/Ctrm. notified via email. (ecav, ) (Entered: 01/25/2013) |
| 01/28/2013 | 76 | MOTION for Joinder by VIZIO, Inc.. (Rephan, Jack) (Entered: 01/28/2013) |
| 01/28/2013 |  | Notice of Correction re 74 Memorandum in Support: Counsel is notified to respond "NO" to the prompt "Do you want to spread this docket entry?" to avoid docketing in the member cases. All filing is to be docketed in the lead case only. (mwin, ) (Entered: 01/28/2013) |
| 02/04/2013 | 77 | Memorandum in Opposition re 73 MOTION to Change Venue *Pursuant to 28 USC 1404(a)* filed by Bluestone Innovations, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Owen, Amy) (Entered: 02/04/2013) |
| 02/04/2013 | 78 | Notice of Substitution of Counsel of Ben Selan by Richard Dean Holzheimer, Jr on behalf of Bluestone Innovations, LLC (Holzheimer, Richard) (Entered: 02/04/2013) |
| 02/05/2013 |  | Notice of Correction re 78 Notice of Substitution of Counsel; the filing user is reminded that counsel cannot substitute counsel without leave of court. Counsel may file a motion for leave to withdraw if they so desire. (jcow, ) (Entered: 02/05/2013) |
| 02/07/2013 | 79 | NOTICE by Best Buy Co., Inc., Best Buy Stores, L.P., BestBuy.com, LLC *of Joinder in LG Electronics, Inc.'s and LG Electronics USA, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a)* (Angle, Robert) (Entered: 02/07/2013) |
| 02/11/2013 | 80 | REPLY to Response to Motion re 73 MOTION to Change Venue *Pursuant to 28 USC 1404(a)* filed by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kenney, Robert) (Entered: 02/11/2013) |

| 02/12/2013 | 81 | MOTION to Change Venue *(Transfer Venue Pursuant to 20 U.S.C. Section 1404(a)* by Acer America Corporation, Acer, Inc.. (Attachments: # 1 Proposed Order)(DiMuro, Bernard) (Entered: 02/12/2013) |
|---|---|---|
| 02/12/2013 | 82 | Memorandum in Support re 81 MOTION to Change Venue *(Transfer Venue Pursuant to 20 U.S.C. Section 1404(a)* filed by Acer America Corporation, Acer, Inc.. (Attachments: # 1 Exhibit 1 – Declaration Lin, # 2 Exhibit 2 – Declaration Worthington)(DiMuro, Bernard) (Entered: 02/12/2013) |
| 02/12/2013 | 83 | Declaration re 80 Reply to Response to Motion, *Supplemental Declaration of Ashish Nagdev in Support of Defendants LG Electronics and LG Electronics USA Motion to Transfer* by LG Electronics U.S.A., Inc., LG Electronics, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kenney, Robert) (Entered: 02/12/2013) |
| 02/13/2013 | 84 | NOTICE of Appearance by Richard Dean Holzheimer, Jr on behalf of Bluestone Innovations, LLC (Holzheimer, Richard) (Entered: 02/13/2013) |
| 02/13/2013 | 85 | MOTION to Withdraw *Ben Selan, Esq.* by Bluestone Innovations, LLC. (Attachments: # 1 Proposed Order)(Owen, Amy) (Entered: 02/13/2013) |
| 02/14/2013 | 86 | ORDER granting 85 Motion to Withdraw; granting Ben Selan, Esq. leave to withdraw as counsel for Bluestone Innovations, LLC. Signed by District Judge Henry C. Morgan, Jr. on 2/13/13; filed 2/14/13. (mwin, ) (Entered: 02/14/2013) |
| 02/14/2013 |  | Clerk's Notice: Counsel is reminded that the parties' filings should NOT refer to Alexandria Division Case No. 1:12cv1011 which was transferred to the Norfolk Division by 11 order of 10/2/12. The case was assigned Case No. 2:12cv545 in the Norfolk Division.(mwin, ) (Entered: 02/14/2013) |
| 02/20/2013 | 87 | Motion to appear Pro Hac Vice by Jerry Chen and Certification of Local Counsel Bernard J. DiMuro Filing fee $ 75, receipt number 0422–3405253. by Acer America Corporation, Acer, Inc.. (DiMuro, Bernard) (Entered: 02/20/2013) |
| 02/22/2013 | 88 | ORDER granting 87 Motion for Pro hac vice for Attorney Jerry Chen. Signed by District Judge Henry C. Morgan, Jr., and filed on 2/22/2013. (bnew) (Entered: 02/22/2013) |
| 02/25/2013 | 89 | Memorandum in Opposition re 81 MOTION to Change Venue *(Transfer Venue Pursuant to 20 U.S.C. Section 1404(a)* filed by Bluestone Innovations, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T)(Owen, Amy) (Entered: 02/25/2013) |
| 02/26/2013 |  | Motion Hearing as to 81 MOTION to Change Venue (Transfer Venue Pursuant to 20 U.S.C. Section 1404(a), 73 MOTION to Change Venue Pursuant to 28 USC 1404(a) set for 3/25/2013 at 11:00 AM in Norfolk Courtroom 2 before District Judge Henry C. Morgan Jr.. (lbax, ) (Entered: 02/26/2013) |
| 03/04/2013 | 90 | RESPONSE in Support re 81 MOTION to Change Venue *(Transfer Venue Pursuant to 20 U.S.C. Section 1404(a)* filed by Acer America Corporation, Acer, Inc.. (Attachments: # 1 Affidavit Declaration of Jerry Chen, # 2 Exhibit 1 to Declaration of Jerry Chen, # 3 Exhibit 2 to Declaration of Jerry Chen)(DiMuro, Bernard) (Entered: 03/04/2013) |
| 03/25/2013 | 91 | Motion Hearing before District Judge Henry C. Morgan, Jr. held on 3/25/2013 re 73 MOTION to Change Venue Pursuant to 28 USC 1404(a) filed by LG Electronics, Inc., LG Electronics U.S.A., Inc., 81 MOTION to Change Venue (Transfer Venue Pursuant to 20 U.S.C. Section 1404(a) filed by Acer America Corporation, Acer, Inc., 76 MOTION for Joinder in Motion to Change Venue |

| | | |
|---|---|---|
| | | filed by VIZIO, Inc., and Notice by Best Buy Co., Inc., Best Buy Stores, L.P., BestBuy.com, LLC of Joinder in LG Electronics, Inc.'s and LG Electronics USA, Inc.'s Motion to Transfer Venue. Appearances: Any S. Owen, David J. Mahalek, Robert A. Conley for Plaintiff. Michael B. Marion and Peter Kang for LG Electronics, Inc. et al.; Bernard J. DiMuro and Jerry Chen for Acer, Inc., et al; Adrian M. Pruetz and Jack Rephan for VIZIO, Inc.; Robert A. Angle for Best Buy Co., Inc., et al.Hearing held re Motions to Transfer Venue Pursuant to 28 U.S.C. 1404(a) to the United States District Court for the Northern District of California. Arguments of counsel presented. Comments of Court. For the reasons stated on the record, the Court GRANTS the Motions to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and will issue a written opinion spelling out in detail its rationale. (Court Reporter Heidi Jeffreys, OCR.)(lbax, ) (Entered: 03/25/2013) |
| 04/02/2013 | 92 | TRANSCRIPT of proceedings held on 03/25/2013, before Judge Henry C. Morgan, Jr., Court Reporter/Transcriber Heidi Jeffreys, Telephone number 757–222–7075. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 5/2/2013. Redacted Transcript Deadline set for 6/3/2013. Release of Transcript Restriction set for 7/1/2013.(jeffreys, heidi) (Entered: 04/02/2013)** |
| 04/12/2013 | 93 | OPINION AND ORDER GRANTING Defendants' Motions 73 and 81 , and the actions of 2:12cv503, 2:12cv510, 2:12cv532 and 2:12cv545 are ORDERED TRANSFERRED to the Northern District of California, as outlined in this Order. Entered and filed 4/12/13. (Signed by District Judge Henry C. Morgan, Jr on 4/12/13). (ecav, ) (Entered: 04/16/2013) |
| 04/12/2013 | | Case transferred to District of Northern District of California. (ecav, ) (Entered: 04/17/2013) |