ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
AVRAHAM SCHWARTZ - State Bar No. 260591
aschwartz@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

STEVEN R. HANSEN - State Bar No. 198401
srh@ltlcounsel.com
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, California 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

Attorneys for Defendant
VIZIO, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendants. | CASE NO.:  5:13-CV-01770-LHK<br><br>**NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT VIZIO, INC.** |

TO THE CLERK OF THE COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jack Rephan of the law firm Pender & Coward, P.C., through the undersigned counsel, hereby withdraws as counsel of record for Defendant VIZIO, Inc. ("VIZIO") pursuant to Civil L.R. 5-1(c)(2)(C).  Accordingly, VIZIO respectfully requests that Mr. Rephan be removed from any service or filing lists associated with this matter.  Counsel of record for VIZIO otherwise remains the same.

When this case was ongoing in the Eastern District of Virginia, Mr. Rephan was serving as local counsel and Adrian M. Pruetz of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP was serving as lead counsel for VIZIO.  As the case against VIZIO has been transferred to this District, Virginia local counsel is no longer necessary.

Ms. Pruetz is continuing to serve as lead counsel for VIZIO, and three additional counsel for VIZIO have filed appearances in this action: Avraham Schwartz and Charles C. Koole of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP and Steven R. Hansen of Lee Tran & Liang APLC.

DATED:  May 2, 2013

Respectfully submitted,

GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Adrian M. Pruetz
     ADRIAN M. PRUETZ
     Attorneys for Defendant
     VIZIO, Inc.