1  JERRY CHEN (SBN 229318)
   jchen@ftklaw.com
2  MICHAEL C. TING (SBN 247610)
   mting@ftklaw.com
3  FREITAS TSENG & KAUFMAN LLP
   100 Marine Parkway, Suite 200
4  Redwood Shores, California  94065
   Telephone:     (650) 593-6300
5  Facsimile:      (650) 593-6301

6  Attorneys for Defendants, ACER INC., and
   ACER AMERICA CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  BLUESTONE INNOVATIONS, LLC,        Case No.  5:13-cv-01770 LHK

13              Plaintiff,             NOTICE OF APPEARANCE (LEAD
                                       COUNSEL) FOR DEFENDANTS ACER
14  v.                                 INC. AND ACER AMERICA
                                       CORPORATION – JERRY CHEN
15  ACER INC. AND ACER AMERICA
    CORPORATION,                       JURY TRIAL DEMANDED
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE THAT attorney Jerry Chen of Freitas Tseng & Kaufman LLP

2    will appear as lead counsel representing Defendants Acer Inc. and Acer America Corporation

3    ("Acer"), in the above-captioned matter.

4    Defendants hereby request that all notices, including electronic ("ECF") notices, given or

5    required to be given, and all papers filed or served or required to be served in the above-captioned

6    matter, be provided to and served upon counsel for Defendants at the address set forth below:

7       Jerry Chen
        Freitas Tseng & Kaufman LLP
8       100 Marine Parkway, Suite 200
        Redwood City, CA 94065
9       Telephone: (650) 593-6300
        Facsimile:  (650) 593-6301
10      Email:  jchen@ftklaw.com
        Secondary Email:  ekim@ftklaw.com
11

12

13

14   Dated: May 7, 2013                                    FREITAS TSENG & KAUFMAN LLP

15                                                 By:/s/Jerry Chen_____
                                                      JERRY CHEN (SBN 229318)
16                                                    MICHAEL C. TING (SBN 247610)
                                                      FREITAS TSENG & KAUFMAN LLP
17                                                    100 Marine Parkway, Suite 200
                                                      Redwood Shores, California  94065
18                                                    Telephone:(650) 593-6300
                                                      Facsimile:  (650) 593-6301
19                                                    Email: jchen@ftklaw.com
                                                      Email: mting@ftklaw.com
20
                                                      Attorneys for Defendants, ACER INC., and
21                                                    ACER AMERICA CORPORATION

22

23

24

25

26

27

28

NTC OF APPEAR. - LEAD COUNSEL–JERRY CHEN
USDC ND CA CASE NO. 13-01770 LHK