JERRY CHEN (SBN 229318)
jchen@ftklaw.com
MICHAEL C. TING (SBN 247610)
mting@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:   (650) 593-6300
Facsimile:   (650) 593-6301

Attorneys for Defendants, ACER INC., and
ACER AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC. AND ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 5:13-cv-01770 LHK<br><br>**NOTICE OF APPEARANCE FOR DEFENDANTS ACER INC. AND ACER AMERICA CORPORATION MICHAEL C. TING**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT attorney Michael C. Ting of Freitas Tseng & Kaufman |
| 2 | LLP will appear as counsel representing Defendants Acer Inc. and Acer America Corporation |
| 3 | ("Acer"), in the above-captioned matter. |
| 4 | Defendants hereby request that all notices, including electronic ("ECF") notices, given or |
| 5 | required to be given, and all papers filed or served or required to be served in the above-captioned |
| 6 | matter, be provided to and served upon counsel for Defendants at the address set forth below: |

Michael C. Ting
Freitas Tseng & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
Email: mting@ftklaw.com
Secondary Email: FTKParalegalsOnly@ftklaw.com

Dated: May 7, 2013               FREITAS TSENG & KAUFMAN LLP

By: */s/Michael C. Ting*
JERRY CHEN (SBN 229318)
MICHAEL C. TING (SBN 247610)
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
Email: jchen@ftklaw.com
Email: mting@ftklaw.com

Attorneys for Defendants, ACER INC., and
ACER AMERICA CORPORATION

- 2 -

NOTICE OF APPEARANCE. – MICHAEL C. TING
USDC ND CA CASE NO. 13-01770 LHK