Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLUESTONE INNOVATIONS, LLC.

Plaintiff(s),

v.

LG ELECTRONICS, INC. et al.

Defendant(s).

Case No: 3:13-cv-01770-SI

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Bryan J. Mechell, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Best Buy Co., Inc., Best Buy Stores, L.P., BestBuy.com, LLC in the above-entitled action. My local co-counsel in this case is Wesley W. Lew, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 800 LaSalle Avenue, 2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015 | 2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 349-0172 | (310) 552-0130 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| BJMechell@rkmc.com | WWLew@rkmc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0389151.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/03/13                    /s/ Bryan J. Mechell
                                              APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bryan J. Mechell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/11/13

Susan Illston
UNITED STATES DISTRICT/M~~AGISTRA~~TE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012

October 24, 2012 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### District of Minnesota

### CERTIFICATE OF GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

Bryan Mechell, Bar #389151, was duly admitted

to practice in this Court on December 4, 2008 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on October 24, 2012.

RICHARD D. SLETTEN, CLERK

(By) _____ Larry Lewis, Deputy Clerk

Form Modified 12/30/03