Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BLUESTONE INNOVATIONS, LLC.                )
                                           )   Case No: 3:13-cv-01770-SI
                      Plaintiff(s),        )
                                           )   **APPLICATION FOR**
        v.                                 )   **ADMISSION OF ATTORNEY**
                                           )   **PRO HAC VICE**
LG ELECTRONICS, INC. et al.                )   (CIVIL LOCAL RULE 11-3)
                                           )
                      Defendant(s).        )
                                           )

I, Christopher K. Larus, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Best Buy Co.,Inc., Best Buy Stores,L.P., BestBuy.com,LLC in the above-entitled action. My local co-counsel in this case is Wesley W. Lew, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 800 LaSalle Avenue, 2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015 | 2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208 |
| MY TELEPHONE # OF RECORD:<br>(612) 349-0116 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 552-0130 |
| MY EMAIL ADDRESS OF RECORD:<br>CKLarus@rkmc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>WWLew@rkmc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 226828.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/03/13                          /s/   Christopher K. Larus
                                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher K. Larus is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:     6/11/13

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

October 24, 2012 ✎ AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

_____ ### District of Minnesota _____

### CERTIFICATE OF
### GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

Christopher Larus, Bar # 226828, was duly admitted

to practice in this Court on November 4, 1994, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on October 24, 2012.

RICHARD D. SLETTEN, CLERK

_____
(By)          Larry Lewis, Deputy Clerk

Form Modified 12/30/03