ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

STEVEN R. HANSEN - State Bar No. 198401
steven.hansen@ltlw.com
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

*Attorneys for Defendant*
*VIZIO, Inc.*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Susan Illston — Judge Susan Illston

[counsel for other parties listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS, LLC,<br>Plaintiff,<br>v.<br>LG ELECTRONICS, INC., et al.,<br>Defendants. | CASE NO.: 3:13-cv-01770-SI<br>Hon. Susan Illston<br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

Peter H. Kang
Ashish Nagdev
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

Philip Woo
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants*
*LG Electronics, Inc. and*
*LG Electronics U.S.A., Inc.*

KAIWEN TSENG (SBN 193756)
ktseng@ftklaw.com
JERRY CHEN (SBN 229318)
jchen@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendants, ACER INC., and*
*ACER AMERICA CORPORATION*

Christopher K. Larus *(admitted pro hac vice)*
CKLarus@rkmc.com
Bryan J. Mechell *(admitted pro hac vice)*
BJMechell@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

Telephone: 612-349-8500
Facsimile: 612-339-4181

Wesley W. Lew, SBN: 222351
WWLew@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

*Attorneys for Defendants*
*Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC*

DEAN D. NIRO (*admitted pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (*admitted pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (*admitted pro hac vice*)
rconley@nshn.com
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: 312-236-0733
Facsimile: 312-236-3137

*Attorneys for Plaintiff*
*BLUESTONE INNOVATIONS LLC*

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

Pursuant to Northern District of California Local Rule 6-2, plaintiff Bluestone Innovations, LLC ("Bluestone") and defendants Acer, Inc., Acer America Corporation, Best Buy Co., Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, LG Electronics, Inc., LG Electronics U.S.A., Inc., and VIZIO, Inc. (collectively, "defendants") hereby request that the Court enter an order confirming certain deadlines and setting new dates for case management conferences, tutorial, and Markman hearing based on its August 30, 2013 Order re Discovery Dispute in *Bluestone v. Nichia Corp., et al.*, Case No. C 12-00059-SI (Dkt. No. 337).

## I. Factual Background

On August 30, 2013, the Court issued its Order re: Discovery Dispute, which extended the deadline for defendant Nichia to serve its invalidity contentions 45 days after Bluestone served its supplemental infringement contentions. *See* Case No. C 12-00059-SI (Dkt. No. 337). Bluestone subsequently electronically served its supplemental infringement contentions on Nichia on August 30, 2013, moving the date for the service of invalidity contentions from September 9, 2013 to October 17, 2013.[1]

As a result of moving the date for the service of invalidity contentions, the remaining dates and deadlines in the current schedule of both cases, including two case management conferences, the technology tutorial, and Markman hearing can no longer be applicable, as there are numerous resulting discrepancies, including the Tutorial and Markman scheduled before this Court occurring prior to the deadline for Bluestone to file its Reply Claim Construction Brief. Accordingly, the parties request that the Court enter the revised schedule as detailed below, or a substantially similar schedule more convenient to the Court, which avoids these discrepancies.

[1] The parties agreed that the extension of the deadline to serve invalidity contentions was extended for all defendants.

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

## II. Requested Dates

The parties request that the Court enter the following new deadlines and hearing dates or substantially similar deadlines and hearing dates convenient to the Court, which reflect the same timing of the schedule entered by the Court on July 2, 2013 (Dkt. No. 123).

| Event[2] | Previous Date Set in July 2, 2013 Civil Pretrial Minutes (Dkt. No. 123) | Proposed New Date Based on Patent Local Rules and Existing Case Schedule |
|---|---|---|
| Nichia [and other defendants] to serve "Invalidity Contentions." (P.L.R. 3-3); Nichia [and other defendants] to produce documents to accompany "Invalidity Contentions." (P.L.R. 3-4) (45 days from service of infringement contentions) | September 9, 2013 | October 17, 2013 |
| All parties to exchange proposed terms for construction. (P.L.R. 4-1) (14 days from service of invalidity contentions) | September 23, 2013 | October 31, 2013 |
| All parties to exchange preliminary claim constructions and extrinsic evidence. (P.L.R. 4-2) (35 days from service of | October 14, 2013 | November 21, 2013 |

[2] Case management conferences and hearings before this Court are listed in bold.

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

| | | |
|---|---|---|
| invalidity contentions) | | |
| All parties to file Joint Claim Construction and Prehearing Statement. (P.L.R 4-3) (60 days from service of invalidity contentions) | November 8, 2013 | December 16, 2013 |
| **Further Case Management Conference** | **November 22, 2013 at 2:30 p.m.** | **January ~~10~~ 17, 2014 at 2:30 p.m., or at a more convenient time for the Court** |
| Complete claim construction discovery. (P.L.R. 4-4) (90 days from service of invalidity contentions) | December 9, 2013 | January 15, 2014 |
| Deadline to amend pleadings or add parties. (145 days from service of infringement contentions) | December 18, 2013 | January 24, 2014 |
| Bluestone to file opening claim construction brief. (P.L.R. 4-5(a)) (60 days from service of the joint claim construction and prehearing statement) | January 7, 2014 | February 14, 2014 |
| Defendants to file responsive claim construction brief. (P.L.R. 4-5(b)) (45 days from service of | February 21, 2014 | March 31, 2014 |

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

| | | |
|---|---|---|
| the opening claim construction brief) | | |
| Bluestone to file reply claim construction brief. (P.L.R. 4-5(c)) (14 days from service of the responsive claim construction brief) | March 7, 2014 | April 14, 2014 |
| **Tutorial** | **April 2, 2014 at 3:30 p.m.** | **May 7, 2014 at 3:30 p.m. , or at a more convenient time for the Court** |
| **Markman** | **April 9, 2014 at 3:30 p.m.** | **May 14, 2014 at 3:30 p.m. , or at a more convenient time for the Court** |
| **Further Case Management Conference** | **April 25, 2014 at 3:00 p.m.** | **May 30, 2014 at 3:~~00~~ 30 p.m. , or at a more convenient time for the Court** |

Dated: October 1, 2013

Respectfully submitted,

By: /s/ Charles C. Koole

Adrian M. Pruetz
Charles C. Koole
GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

Steven R. Hansen
LEE TRAN & LIANG APLC

*Attorneys for Defendant VIZIO, Inc.*

By: */s/ Ashish Nagdev*
Peter H. Kang
Ashish Nagdev
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

Philip Woo
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

By: /s/ Jerry Chen
Kaiwen Tseng
Jerry Chen
FREITAS TSENG & KAUFMAN LLP

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

Case3:13-cv-01770-SI Document126 Filed10/03/13 Page9 of 10

*Attorneys for Defendants,*
*ACER INC., and*
*ACER AMERICA CORPORATION*

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

8
STIPULATED REQUEST FOR ORDER CHANGING TIME
827187

By: */s/ Bryan J. Mechell*
Christopher K. Larus *(admitted pro hac vice)*
CKLarus@rkmc.com
Bryan J. Mechell *(admitted pro hac vice)*
BJMechell@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Wesley W. Lew, SBN: 222351
WWLew@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

*Attorneys for Defendants*
*Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC*

By: */s/ Robert A. Conley*
Dean D. Niro (*admitted pro hac vice*)
dniro@nshn.com
David J. Mahalek (*admitted pro hac vice*)
mahalek@nshn.com
Robert A. Conley (*admitted pro hac vice*)
rconley@nshn.com
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: 312-236-0733
Facsimile: 312-236-3137

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP