**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

**SIDLEY AUSTIN LLP**
Peter H. Kang
Ashish Nagdev
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
Telephone:          (650) 565-7000
Facsimile:           (650) 565-7100

Attorneys for Defendants
LG Electronics, Inc. and
LG Electronics U.S.A., Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>LG ELECTRONICS, INC. et al.,<br><br>               Defendants. | Case No. 3: 13-cv-01770-SI<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER UNDER LOCAL RULE 7-12 TO SERVE AMENDED PATENT L.R. 3-1 INFRINGEMENT CONTENTIONS**<br><br><br>Judge:  Honorable Susan Illston<br>Courtroom: 10, 19th Floor |

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL:

Pursuant to Civil L.R. 7-12 and Patent L.R. 3-6, Plaintiff Bluestone Innovations, LLC ("Bluestone") and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively "LGE"), by and through their undersigned counsel, hereby consent and stipulate that, with leave of Court, Bluestone may serve amended Patent L.R. 3-1 infringement contentions upon LGE.  In support of this stipulation, the parties state as follows:

The parties met and conferred about the sufficiency of Bluestone's infringement claim charts with regards to the last element of claims 1 and 23.  Even though Bluestone believes its claim charts sufficiently sets forth its infringement contentions with respect to the last element of claims 1 and 23, in an effort to avoid burdening the Court with a discovery dispute on this issue, Bluestone agrees to supplement its infringement claim charts.

By entering into this stipulation, LGE does not waive its right to challenge Bluestone's use of representative claim charts.  Indeed, LGE plans to submit a letter brief shortly after the parties enter into this stipulation asking this Court for relief from Bluestone's use of representative claim charts.  In addition, LGE wants to make clear that this stipulation relates to Bluestone's procedural compliance with the Patent Local Rule 3-1 requirements.  LGE does not waive any right or ground to challenge Bluestone's contentions on substantive grounds, including that LGE's accused products do not infringe the patent in suit.

For the avoidance of any confusion, LGE's invalidity contentions shall be served by October 17, 2013, as set forth in the parties' Stipulated Request for Order Changing Time (Dkt. No. 125), regardless of the date by which this Stipulation and Proposed Order is entered and Bluestone serves its amended LPR 3-1 infringement contentions.

Accordingly, the parties stipulate that Bluestone may amend its Patent L.R. 3-1 infringement contentions within five days of this Stipulation and Proposed Order.

Dated:  October 10, 2013            NIRO, HALLER, & NIRO

By: /s/ *David J. Mahalek*
       DAVID J. MAHALEK

**DAVIS WRIGHT TREMAINE LLP**
MARTIN L. FINEMAN (SBN 104413)
martinfineman@dwt.com
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone:  415-276-6575
Facsimile:  415-276-6599

**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
OLIVER D. YANG (Admitted *pro hac vice*)
oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

Dated:  October 10, 2013

SIDLEY AUSTIN LLP

By: /s/ *Ashish Nagdev*

Peter H. Kang
Ashish Nagdev
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

Philip Woo
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendants
LG Electronics, Inc. and
LG Electronics U.S.A., Inc.

I, David J. Mahalek, am the ECF User whose identification and password are being used to file this Stipulation Under Local Rule 7-12.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that counsel for the foregoing parties have concurred in this filing.

/s/ *David J. Mahalek*
DAVID J. MAHALEK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   10/10/13

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE