# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS, INC., et al.<br><br>　　Defendants. | Case No.: 3:13-cv-01770-SI<br><br>[PROPOSED] ORDER ON UNOPPOSED MOTION FOR ISSUANCE OF A REQUEST FOR JUDICIAL ASSISTANCE BY LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.'S<br><br>The Honorable Susan Illston |

The Court grants LG Electronics, Inc. and LG Electronics U.S.A. Inc.'s ("LGE") Unopposed Motion for Issuance of a Request for Judicial Assistance from the appropriate judicial authority of the Republic of Korea for discovery from QMC Ltd. Co. and LG Innotek Co. Ltd. The executed Letters of Request with the Seal of the Court is attached. LGE shall forward the Letters of Request and any and all necessary translations and copies to the appropriate authority.

Dated: 10/15/13

By: *Susan Illston*
The Honorable Susan Illston
Judge of the United States District Court
for the Northern District of California