IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INNOVATIONS, LLC, | No. C 12-59 SI |
| Plaintiff, | |
| v. | |
| NICHIA CORP., *et al.*, | |
| Defendants. / | |
| BLUESTONE INNOVATIONS, LLC, | No. 13-1770 SI |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| LG ELECTRONICS INC.., *et al.*, | |
| Defendants. / | |

The parties have submitted several discovery disputes regarding the sufficiency of plaintiff's "representative" claim charts to the Court. (Docket No. 340 in C 12-59 SI and Docket No. 130 in C 13-1770 SI.) The Court hereby REFERS these discovery disputes, and all future discovery disputes, to Magistrate Judge LaPorte for determination in the first instance.

**IT IS SO ORDERED.**

Dated: October 30, 2013

SUSAN ILLSTON
United States District Judge