1  DAVIS WRIGHT TREMAINE LLP
   MARTIN L. FINEMAN, Bar No. 1104413
2  Email: martinfineman@dwt.com
   505 Montgomery Street
3  Suite 800
   San Francisco, CA  94111
4  Telephone:  (415) 276-6575
   Facsimile:  (415) 276-6599
5
   *Counsel for Plaintiff*
6  **Bluestone Innovations LLC**

7  *See Signature Pages for Complete List of Counsel and Parties*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>NICHIA CORPORATION and<br>NICHIA AMERICA CORPORATION,<br><br>                     Defendants. | Case No. 3:12-cv-00059-SI (EDL)<br><br>**STIPULATION AND ~~PROPOSE~~D ORDER UNDER LOCAL RULE 7-12 TO SERVE AMENDED PATENT L.R. 3-1 INFRINGEMENT CONTENTIONS AND AMENDED PATENT L.R. 3-3 INVALIDITY CONTENTIONS**<br><br>Judge:  Honorable Susan Illston<br>Courtroom: 10, 19th Floor |
| BLUESTONE INNOVATIONS LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>VIZIO, INC.,<br><br>                     Defendant. | Case No. 3:13-cv-01770-SI (EDL) |

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL:

Pursuant to Civil L.R. 7-12 and Patent L.R. 3-6, Plaintiff Bluestone Innovations LLC ("Bluestone"), Defendants Nichia Corporation and Nichia America Corporation (collectively, "Nichia") and Defendant VIZIO, Inc. ("VIZIO" and collectively with Nichia, "Defendants"), by and through their undersigned counsel, hereby consent and stipulate that, with leave of Court, Bluestone may serve amended Patent L.R. 3-1 infringement contentions upon Defendants, and Defendants may serve amended Patent L.R. 3-3 invalidity contentions upon Bluestone. In support of this stipulation, the parties state as follows:

1. The Court issued its Claim Construction Order on June 24, 2014 [D.I. 381 in Nichia case, D.I. 205 in VIZIO case]. A case management conference was held on June 27, 2014, at which time the parties advised the Court of their desire to amend their respective infringement and invalidity contentions based upon the rulings set forth in the Court's Claim Construction Order. Following the case management conference, the Court issued a Minute Order indicating that the parties may file their respective amended contentions by July 18, 2014 [D.I. 382 in Nichia case, D.I. 206 in VIZIO case].

2. The parties exchanged proposed amended infringement contentions and proposed amended invalidity contentions on July 16, 2014. Each party has reviewed the opposing party's proposed amendments provided in redline and agrees that the Supplemental Infringement Contentions served by Bluestone on each of VIZIO and Nichia on July 16, 2014 and the Supplemental Invalidity Contentions served by Defendants on Bluestone on July 16, 2014 are the operative Infringement and Invalidity Contentions in the above-captioned matter. Contemporaneously with the execution/filing of this joint stipulation, Bluestone shall provide clean versions of the operative Supplemental Infringement Contentions to each of VIZIO and Nichia (Bluestone has already been provided with a clean version of the operative Supplemental Invalidity Contentions by Defendants).

STIPULATION AND PROPOSED ORDER UNDER LOCAL RULE 7-12 TO SERVE
AMENDED PATENT L.R. 3-1 INFRINGEMENT CONTENTIONS AND
AMENDED PATENT L.R. 3-3 INVALIDITY CONTENTIONS
CASE NO. 3:12-CV-00059-SI (EDL) AND CASE NO. 3:13-CV-01770-SI (EDL)

1

| | | |
|---|---|---|
| 1 | Dated: July 18, 2014 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | Martin L. Fineman, Bar No. 1104413 |
| | | One Embarcadero Center, Suite 600 |
| 3 | | San Francisco, CA 94111-3611 |
| | | 415-276-6575 (tel) |
| 4 | | 415-276-6599 (fax) |
| 5 | | NIRO, HALLER & NIRO |
| 6 | | Dean D. Niro |
| | | David J. Mahalek |
| 7 | | Robert A. Conley |
| | | 181 West Madison St., Suite 4600 |
| 8 | | Chicago, IL 60602 |
| | | 312-377-3278 (tel) |
| 9 | | 312-236-3137 (fax) |
| 10 | | By: /s/ *Robert A. Conley* |
| 11 | | ***Attorneys for Plaintiff*** |
| | | ***Bluestone Innovations, L.L.C.*** |
| 12 | | |
| 13 | Dated: July 18, 2014 | DURIE TANGRI LLP |
| 14 | | Daralyn J. Durie |
| | | Sonali D. Maitra |
| 15 | | 217 Leidesdorff Street |
| | | San Francisco, CA 94111 |
| 16 | | 415-376-6401 (tel) |
| | | 415-236-6300 (fax) |
| 17 | | |
| | | PAUL WEISS RIFKIND WHARTON & |
| 18 | | GARRISON LLP |
| 19 | | Kenneth A. Gallo |
| | | Diane C. Gaylor |
| 20 | | 2001 K Street NW |
| | | Washington, DC 20006-1047 |
| 21 | | 202-223-7356 (tel) |
| | | 202-204-7356 (fax) |
| 22 | | |
| | | Catherine Nyarady |
| 23 | | Brian P. Egan |
| | | 1285 Avenue of the Americas |
| 24 | | New York City, NY 10019-6064 |
| | | 212/373-3000 (tel) |
| 25 | | 212/757-3990 (fax) |
| 26 | | By: /s/ *Brian P. Egan* |
| 27 | | ***Attorneys for Defendants Nichia Corporation*** |
| | | ***and Nichia America Corporation*** |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: July 18, 2014 | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
| 2 | | |
| 3 | | Adrian M. Pruetz |
| | | Mieke K. Malmberg |
| 4 | | Charles C. Koole |
| | | 10250 Constellation Blvd. |
| 5 | | 19th Floor |
| | | Los Angeles, CA 90067 |
| 6 | | (310) 553-3000 (tel) |
| | | (310) 785-3506 (fax) |
| 7 | | |
| | | LEE TRAN LIANG & WANG LLP |
| 8 | | |
| | | Stephen R. Hansen |
| 9 | | 601 S. Figueroa Street |
| | | Suite 4025 |
| 10 | | Los Angeles, CA 90017 |
| | | 213-612-3737 (tel) |
| 11 | | 213-612-3773 (fax) |
| 12 | | By: /s/ *Mieke K. Malmberg* |
| 13 | | ***Attorneys for Defendant VIZIO, Inc.*** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/22/14

_____
SUSAN ILLSTON
United States District Judge

STIPULATION AND PROPOSED ORDER UNDER LOCAL RULE 7-12 TO SERVE AMENDED PATENT L.R. 3-1 INFRINGEMENT CONTENTIONS AND AMENDED PATENT L.R. 3-3 INVALIDITY CONTENTIONS
CASE NO. 3:12-CV-00059-SI (EDL) AND CASE NO. 3:13-CV-01770-SI (EDL)

3

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on July 18, 2014 with a copy of this document via the Court's CM/ECF system at the email addresses below:

**Kenneth A. Gallo**
Paul Weiss Rifkind Wharton & Garrison – DC
kgallo@paulweiss.com

**Catherine Nyarady**
Paul Weiss Rifkind Wharton & Garrison – NY
cnyarady@paulweiss.com

**Brian P. Egan**
Paul Weiss Rifkind Wharton & Garrison - NY
began@paulweiss.com

**Diane C. Gaylor**
Paul Weiss Rifkind Wharton & Garrison – DC
dgaylor@paulweiss.com

**Dana E. Vallera**
Paul Weiss Rifkind Wharton & Garrison – NY
dvallera@paulweiss.com

**Matthew C. Zorn**
Paul Weiss Rifkind Wharton & Garrison – NY
mzorn@paulweiss.com

**Adrian M. Pruetz**
Glaser Weil Fink Howard Avchen & Shapiro LLP
apruetz@glaserweil.com

**Mieke K. Malmberg**
Glaser Weil Fink Howard Avchen & Shapiro LLP
mmalmberg@glaserweil.com

**Charles C. Koole**
Glaser Weil Fink Howard Avchen & Shapiro LLP
ckoole@glaserweil.com

**Steven R. Hansen**
Lee Tran & Liang LLP
steven.hansen@ltlattorneys.com

STIPULATION AND PROPOSED ORDER UNDER LOCAL RULE 7-12 TO SERVE
AMENDED PATENT L.R. 3-1 INFRINGEMENT CONTENTIONS AND
AMENDED PATENT L.R. 3-3 INVALIDITY CONTENTIONS
CASE NO. 3:12-CV-00059-SI (EDL) AND CASE NO. 3:13-CV-01770-SI (EDL)

4

1  **Daralyn J. Durie**
   Durie Tangri LLP
2  ddurie@durietangri.com

3  **Sonali D. Maitra**
   Durie Tangri
4  smaitra@durietangri.com

                                            /s/ *Robert A. Conley*
                                            ROBERT A. CONLEY

STIPULATION AND PROPOSED ORDER UNDER LOCAL RULE 7-12 TO SERVE
AMENDED PATENT L.R. 3-1 INFRINGEMENT CONTENTIONS AND
AMENDED PATENT L.R. 3-3 INVALIDITY CONTENTIONS
CASE NO. 3:12-CV-00059-SI (EDL) AND CASE NO. 3:13-CV-01770-SI (EDL)

5