**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

*Attorneys for Plaintiff*
*BLUESTONE INNOVATIONS LLC*

**GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP**
ADRIAN M. PRUETZ – (SBN 118215)
apruetz@glaserweil.com
MIEKE K. MALMBERG – (SBN 209992)
mmalmberg@glaserweil.com
CHARLES C. KOOLE – (SBN 259997)
ckoole@glaserweil.com
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendant*
*VIZIO, INC.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>                    Defendants. | Case No. 3:13-cv-01770-SI (EDL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER UNDER LOCAL RULE 7-12 TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br><br>Judge:  Honorable Susan Illston<br>Courtroom: 10, 19th Floor |

Pursuant to Civil L.R. 7-12, Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant VIZIO, Inc. ("VIZIO") respectfully submit the following Stipulation and [Proposed] Order under Local Rule 7-12 to reschedule the Case Management Conference that is presently scheduled to occur in the above-captioned matter on September 26, 2014.

In support of the stipulated request, Bluestone and VIZIO state as follows:

1. The parties are presently scheduled to appear before the Court for a Case Management Conference on September 26, 2014. [D.I. 206].

2. The instant case is related to Case No. 3:12-cv-00059-SI (EDL) ("the Bluestone/Nichia matter"). The remaining parties in the Bluestone/Nichia matter are Plaintiff Bluestone and Defendants Nichia Corporation and Nichia America Corporation.

3. The parties to the Bluestone/Nichia matter were previously scheduled to appear before the Court for a Case Management Conference on September 26, 2014, to coincide with the Case Management Conference scheduled for that same date in the instant matter. [D.I. 382 in the Bluestone/Nichia matter]. By order of the Court, however, the September 26, 2014 Case Management Conference that had been scheduled in the Bluestone/Nichia matter has now been rescheduled to take place on October 17, 2014. [D.I. 389 in the Bluestone/Nichia matter].

4. Bluestone and VIZIO agree that judicial economy would best be served by rescheduling the Case Management Conference that is presently scheduled to occur in the instant matter on September 26, 2014 so as to coincide with the Case Management Conference that is scheduled to occur on October 17, 2014 in the Bluestone/Nichia matter. This is consistent with the Court's prior efforts to manage these two matters on the same track with respect to substantive hearings and Case Management Conferences that have previously been held by the Court.

For the foregoing reasons, the parties respectfully request that the Court enter an order rescheduling the September 26, 2014 Case Management Conference to October 17, 2014.

1

STIPULATION AND [PROPOSED] ORDER UNDER LOCAL RULE 7-12 TO
RESCHEDULE CASE MANAGEMENT CONFERENCE
Case No. 3:13-cv-01770-SI (EDL)

Dated:  September 24, 2014NIRO, HALLER, & NIRO

By:  */s/ Robert A. Conley*
       ROBERT A. CONLEY

**DAVIS WRIGHT TREMAINE LLP**
MARTIN L. FINEMAN (SBN 104413)
martinfineman@dwt.com
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone:  415-276-6575
Facsimile:  415-276-6599

**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

| | |
|---|---|
| Dated:  September 24, 2014 | GLASER WEIL FINK HOWARD<br>  AVCHEN & SHAPIRO LLP |
| | By: */s/ Charles C. Koole* |
| |       CHARLES C. KOOLE |
| | **GLASER WEIL FINK HOWARD**<br> **AVCHEN & SHAPIRO LLP**<br>ADRIAN M. PRUETZ – (SBN 118215)<br>apruetz@glaserweil.com<br>MIEKE K. MALMBERG – (SBN 209992)<br>mmalmberg@glaserweil.com<br>CHARLES C. KOOLE – (SBN 259997)<br>ckoole@glaserweil.com<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 553-3000<br>Facsimile: (310) 556-2920 |
| | Attorneys for Defendant<br>VIZIO, INC. |

I, Robert A. Conley, am the ECF User whose identification and password are being used to file this Stipulation Under Local Rule 7-12.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that counsel for the foregoing parties have concurred in this filing.

                                                */s/ Robert A. Conley*
                                                  ROBERT A. CONLEY

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: 9/25/14

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE