**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: 312-236-0733
Facsimile: 312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

*Additional counsel listed on signature page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>VIZIO, INC.,<br><br>            Defendant. | Case No. 3: 13-cv-01770-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AS TO VIZIO'S SUMMARY JUDGMENT MOTION**<br><br>Judge:  Honorable Susan Illston |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant VIZIO, Inc. ("VIZIO") respectfully submit the following Stipulation and [Proposed] Order extending the briefing schedule for VIZIO's Motion for Summary Judgment of Non-Infringement set for a hearing before the Court on November 21, 2014 at 9:00 a.m. (Dkt. No.215).

The parties conferred regarding the briefing schedule and, subject to the Court's approval, reached the following agreement regarding the dates for Bluestone's opposition and VIZIO's reply:

Bluestone's opposition to VIZIO's Motion for Summary Judgment of Non-Infringement shall be filed by 10:00 a.m. PST on October 27, 2014 and VIZIO's reply in support of its Motion for Summary Judgment of Non-Infringement shall be filed by November 7, 2014. In support of the stipulated request, the parties state as follows:

1. VIZIO filed its motion seeking summary judgment of non-infringement on October 3, 2014. (Dkt. No. 215). VIZIO noticed its motion for a hearing on November 21, 2014 at 9:00 a.m. According to the current schedule, Bluestone's opposition brief would be due on October 17, 2014 and VIZIO's reply brief would be due on October 24, 2014. (Dkt. No. 215)

2. Bluestone and Nichia Corporation and Nichia America Corporation filed a stipulation in the related case before this Court proposing the same briefing schedule as set forth herein. (Dkt. No. 404 in Case No. 3:12-cv-00059).

3. By its motion, VIZIO is seeking a finding of summary judgment of non-infringement as to all Accused Instrumentalities in this litigation and an order dismissing all claims against VIZIO.

4. Bluestone may rely upon a technical expert in preparing its opposition to VIZIO's motion.

5. The parties do not seek to change, and would like to maintain, the November 21, 2014 hearing date for VIZIO's motion.

6. No other dates in this litigation will be affected by the requested extension to the briefing schedule.

For the foregoing reasons, the parties respectfully request that the Court enter an order that the briefing schedule be amended such that Bluestone's opposition brief is due by 10:00 a.m. on October 27, 2014 and VIZIO's reply brief is due on November 7, 2014.

Dated:  October 9, 2014

NIRO, HALLER, & NIRO

By: /s/ *David J. Mahalek*
　　　DAVID J. MAHALEK

**DAVIS WRIGHT TREMAINE LLP**
MARTIN L. FINEMAN (SBN 104413)
martinfineman@dwt.com
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone:  415-276-6575
Facsimile:  415-276-6599

**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
OLIVER D. YANG (Admitted *pro hac vice*)
oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

Dated:  October 9, 2014

GLASER WEIL FINK HOWARD
　AVCHEN & SHAPIRO LLP

By: */s/ Charles C. Koole*
　　　CHARLES C. KOOLE

3
STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AS TO VIZIO'S
SUMMARY JUDGMENT MOTION
Case No. 3: 13-cv-01770-SI

**GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP**
ADRIAN M. PRUETZ – (SBN 118215)
apruetz@glaserweil.com
MIEKE K. MALMBERG – (SBN 209992)
mmalmberg@glaserweil.com
CHARLES C. KOOLE – (SBN 259997)
ckoole@glaserweil.com
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendant
VIZIO, INC.


## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, David J. Mahalek, attest that concurrence in the filing of this document has been obtained.

Dated:  October 9, 2014                                 */s/ David J. Mahalek*
                                                                           DAVID J. MAHALEK

## [PROPOSED] ORDER

Based upon the foregoing Stipulation for Briefing Schedule as to VIZIO'S Summary Judgment Motion, and good cause appearing,

IT IS HEREBY ORDERED that Bluestone Innovations, L.L.C.'s opposition to VIZIO's Motion for Summary Judgment of Non-Infringement be filed by 10:00 a.m. on October 27, 2014; and VIZIO, Inc.'s reply in support of VIZIO's Motion for Summary Judgment of Non-Infringement be filed on November 7, 2014.

IT IS SO ORDERED.

Dated: _____          _____
                                                                The Honorable Susan Illston
                                                                United States District Judge

**CERTIFICATE OF SERVICE**

I certify that all counsel of record in *Bluestone Innovations LLC* v. *VIZIO, Inc.*, *et al.*, Case No. 3:13-cv-01770-SI (N.D. Cal.) are being served on October 9, 2014 with a copy of this document via the Court's CM/ECF system at the email addresses below:

Adrian Mary Pruetz (apruetz@glaserweil.com)
Charles Christian Koole (ckoole@glaserweil.com)
Mieke K. Malmberg (mmalmberg@glaserweil.com)
Glaser Weil Fink Howard
Avchen & Shapiro
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067
Phone:  310-553-3000/Fax:  310-282-6250

Steven Richard Hansen (srh@ltlcounsel.com)
601 South Figueroa Street, Suite 4025
Los Angeles, CA  90017
Phone:  213-612-8917/Fax:  213-612-3773

Attorneys for Vizio, Inc.

/s/ *David J. Mahalek*
DAVID J. MAHALEK

STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AS TO VIZIO'S SUMMARY JUDGMENT MOTION
Case No. 3: 13-cv-01770-SI