Martin L. Fineman (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       martinfineman@dwt.com

David J. Mahalek (*Pro Hac Vice*)
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:   (312) 236-0733
Facsimile:   (312) 236-3137
Email:       mahalek@nshn.com

Attorneys for Plaintiff
BLUESTONE INNOVATIONS, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BLUESTONE INNOVATIONS, LLC, | ) Case No. 5:13-cv-01770-SI |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER |
| v. | ) |
| LG ELECTRONICS, INC., et al., | ) |
| Defendant. | ) |

Good cause appearing,

IT IS HEREBY ORDERED that Amy Sanborn Owen, Benje Allan Selan, Richard Dean Herzheimer, Jr. and Cochran & Owen are relieved as co-counsel in the above-entitled action.

IT IS SO ORDERED,

1/7/15                                        _____
                                              The Honorable Susan Illston
                                              United States District Judge

3
NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER
BLUESTONE INNOVATIONS V. LG ELECTRONICS ET AL.
Case No. 5:13-cv-01770-SI