IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BLUESTONE INNOVATIONS, LLC,** | Case No.: 3:13-cv-01770-SI |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING WITH PREJUDICE DEFENDANT VIZIO, INC. |
| v. | |
| **VIZIO, INC.,** | |
| Defendant. | |

Based on the foregoing Stipulation Dismissing With Prejudice Defendant VIZIO, Inc., and good cause appearing,

IT IS HEREBY ORDERED that Defendant VIZIO, Inc. be dismissed from the above-captioned action with prejudice, and with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

IT IS SO ORDERED.

DATED: 4/20/15

_____
Susan Illston
United States District Judge